**BANKWEST, INC., Advance America, Cash Advance Centers of Georgia, Inc., Plaintiffs–Appellants,**

**Community State Bank, First American Cash Advance of Georgia, LLC, Cash America Financial Services, Inc., Georgia Cash America, Inc., First Bank of Delaware, Creditcorp of Georgia, LLC, County Bank of Rehoboth Beach, Delaware, Express Check Advance of Georgia, LLC, Consolidated–Plaintiffs–Appellants,**

v.

**Thurbert E. BAKER, Attorney General of the State of Georgia, Cathy Cox, Secretary of State, for the State of Georgia, in their official capacities, Defendants–Consolidated Defendants–Appellees.**

No. 04–12420.

United States Court of Appeals,
Eleventh Circuit.

Dec. 28, 2005.

Susan Verbonitz, Marc J. Zucker, Weir & Partners, LLP, Alan S. Kaplinsky, Jeremy T. Rosenblum, Mark J. Levin, Ballard, Spahr, Andrews & Ingersoll, LLP, Philadelphia, PA, William P. Eiselstein, Miller & Martin, PLLC, Christopher J. Willis, Richard H. Sinkfield, Daniel D. Zegura, Rogers & Hardin, LLP, John K. Larkins, Jr., Chilivis, Cochran, Larkins & Bever, LLP, Michael C. Russ, King & Spalding, Charles E. Campbell, McKenna, Long & Aldridge, Robert A. Bartlett, Long, Aldridge & Norman, Atlanta, GA, Larry Dwight Floyd, Jr., Parker, Poe, Adams & Bernstein, LLP, Columbia, SC, for Appellants.

Thurbert E. Baker, Isaac Byrd, Sidney Ray Barrett, Jr., Atlanta, GA, for Appellees.

James T. McIntyre, Jr., Chrys D. Lemon, McIntyre Law Firm, PLLC, Deborah M. Zuckerman, AARP Foundation Lit., Linda A. Arnsbarger, Morrison & Foerster, LLP, Washington, DC, Erin Glenn Busby, Bracewell & Patterson, L.L.P., Houston, TX, Michael D. Calhoun, Center for Responsible Lending, Durham, NC, for Amici Curiae.

Before EDMONDSON, Chief Judge, and TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges*.

---

* Senior United States Circuit Judge James C. Hill has elected to participate in further pro-

**BY THE COURT:**

A member of this Court in active service having requested a poll on the suggestions of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.